David J. Feldman, Esq.
Nevada Bar No. 5947
John C. Dorame, Esq.
Nevada Bar No. 10029
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
jdorame@feldmanattorneys.com
*Attorneys for Defendant Farmers Property*
  *and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA HENDRICKS COLE, individually,<br><br>Plaintiff,<br>vs.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MI, a division of Farmers Insurance Group,<br><br>Defendant. | Case No.: 2:25-cv-02407-RFB-EJY<br><br>**DEFENDANT'S [PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[SUBMITTED IN COMPLIANCE WITH LR 26-1(b)]** |

Pursuant to the Court's Local Rule 26-1, Defendant Farmers Property and Casualty Insurance Company (improperly named in Plaintiff's Complaint as Foremost Insurance Company Grand Rapids, MI) (hereafter "Defendant") respectfully submits the following Proposed Discovery Plan and Scheduling Order.

**I. The Fed. R. Civ. P. 26(f)/LR 26-1 Conference**

    **A.    The Fed. R. Civ. P. 26(f)/LR 26-1 Conference Has Not Been Held.**

Despite Defendant's best efforts to hold an Fed. R. Civ. P. 26(f)/LR 26-1 ("FRCP 26(f)") Conference, it has not taken place. The conference was scheduled by Plaintiff for December 29, 2025 at 2:00 p.m. Plaintiff was to initiate the call, but he never called. The conference was rescheduled for December 31, 2025 at 2:00 p.m. Counsel for Defendant called Plaintiff Joshua Hendricks Cole

("Plaintiff), but he did not answer so a voicemail was left. The conference was then scheduled for January 2, 2026, but counsel for Defendant requested it be moved to January 5, 2026. The conference was rescheduled for January 5, 2026 at 2:00 p.m.  Again, Plaintiff was to initiate the call, but he never called.  The conference has not been held to date. In anticipation of the conference, on December 29, 2025, Defendant provided to Plaintiff a draft of the proposed Joint Discovery Plan and Scheduling Order to be reviewed after the conference. As the conference was missed on December 31, 2025, Defendant provided to Plaintiff another draft of the proposed Joint Discovery Plan and Scheduling Order to be reviewed after the conference.  Plaintiff responded with his input that same day, but as stated above, the conference was not held.  On January 6, 2026, Plaintiff requested that the conference be held via email and provided additional input on the Joint Discovery Plan and Scheduling Order. On January 7, 2026, Defendant advised Plaintiff that we cannot agree to his changes and will submit its own report.

**II.    Defendant's Fed. R. Civ. P. 26(f)/LR 26-1 Discovery Plan and Scheduling Order**

1.    As stated above, an FRCP 26(f) telephone conference has not been held after multiple attempts to do so.

2.    There are no changes to be made in the timing, form, or requirement for disclosures under Rule 26(a). Defendant provided to Plaintiff its FRCP 26(a)(1) Production on December 30, 2025. Plaintiff has not yet provided his FRCP 26(a)(1) Production, and Plaintiff shall have until January 23, 2026 to make his productions.

3.    Areas of Discovery: The areas of discovery should include but not be limited to all claims and defenses permissible under the Federal Rules of Civil Procedure.

4.    Discovery Cut-Off Date.  The parties shall have Discovery Cut-Off date shall be June 2, 2026, which is 180 days from the date Defendant first appeared by filing its Petition for Removal on December 4, 2025.

5.    Amending the Pleadings and Adding Parties: The parties shall have until March 4, 2026 to file any motions to amend the pleadings and add parties.

6.    Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) and LR 26-1(b)(3) as

follows:

The disclosure of experts and their initial reports shall occur on or before April 3,2026.

The disclosure of rebuttal experts and their initial reports shall occur on or before May 4, 2026.

7.    Dispositive motions: The parties shall have until July 2, 2026 to file dispositive motions.

8.    Pre-Trial Order: The parties will prepare a Consolidated Pre-Trial Order on or before August 3, 2026, which is not more than 30 days after the date set for filing dispositive motions in this case, as required by LR 26-1(b)(4). If dispositive motions are timely filed, this deadline will be suspended until 30 days after the decision of the dispositive motions or until further order of the Court. The disclosure required by Fed. R. Civ. P. 26(a)(3), and objections thereto, shall be made in the pre-trial order.

9.    If this Court has questions regarding the dates proposed by the Defendant, Defendants requests a   conference with the Court before entry of the Scheduling Order. If this Court does not have questions, Defendant does not request a conference with the Court.

10.   Extensions or Modifications of the Discovery Plan and Scheduling Order: LR 26-3 governs modifications or extensions of this Discovery Plain and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made no later than 21 days before the subject deadline. Any stipulation or motion to extend the discovery cut-off period must be made no later than May 12, 2026, 21 days before the discovery cut-off date.

11.   Electronic Evidence. Defendant does not anticipate discovery of native files or metadata at this time, but Defendant reserves the right to make a showing for the need of such electronic data as discovery progresses. Defendant certifies that it may present evidence in electronic format to jurors for the purposes of jury deliberation in compliance with the Court's electronic jury evidence display system.

/ / /

/ / /

/ / /

/ / /

/ / /

12.    Alternative Forms of Case Disposition: As the FRCP 26(f) telephonic conference has not taken place, Defendant considered consent to trial by a magistrate judge under 28 U.S.C. § 636 (c) and to Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01) and declines this option.

    Dated this 9th day of January, 2026.

                                        THE FELDMAN FIRM


                                        By: /s/ David Feldman
                                        David J. Feldman, Esq.
                                        Nevada Bar No. 5947
                                        8831 West Sahara Avenue
                                        Las Vegas, Nevada 89117
                                        Telephone:  (702) 949-5096
                                        *Attorneys for Defendant Farmers Property*
                                        *and Casualty Insurance Company*


                                        **ORDER**


    IT IS SO ORDERED.


                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED: _____

## CERTIFICATE OF SERVICE

I hereby certify that I am employee of The Feldman Firm, and that on the 9th day of January, 2026, I served the above and foregoing DEFENDANT'S [PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER on the parties identified on the following parties via the CM/ECF system:

Joshua Hendricks Cole
231 N. 11th Street, Suite 210
Las Vegas, NV 89101
Telephone: (702) 224-2617
E-Mail: thewhiteknight702@gmail.com
*Plaintff in proper person*

　　　　　　　　　　　　　　　*/s/ Heather Miller*
　　　　　　　　　　　　　　　An Employee of THE FELDMAN FIRM